1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    MOHAMMAD KHALID DEMISI,                    No.  2:20-CV-01692-DMC-P

12                    Plaintiff,

13            v.                                 ORDER

14    STEPHANIE PHAN, et al.,

15                    Defendants.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.   Pursuant to Eastern District of California Local Rules, this case was not

19    assigned to a District Judge when the case was filed.  The parties have not consented to

20    Magistrate Judge jurisdiction and the Court now finds that assignment of a District Judge is

21    necessary to properly address the case.

22            Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

23    randomly assign a District Judge and to update the docket to reflect the new case number.

24

25

26    Dated:  December 22, 2020

27                                               _____
                                                 DENNIS M. COTA
28                                               UNITED STATES MAGISTRATE JUDGE

                                                 1